UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

John Jake Hess                      Chapter 7
Rachel Ann Hess                Case No. 09-58119-TJT
               Debtor.           Hon. Thomas J. Tucker
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $12.56, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | American Infosource LP<br>As Agent For Target<br>P.O. Box 248866<br>Oklahoma City, OK 73124-8866 | $ 4.65 |
| 8 | GE Money Bank<br>C/O Recovery Management Systems Corp.<br>25 SE 2nd Ave. Suite 1120<br>Miami, FL 33131-1605 | $ 4.55 |
| 9 | GE Money Bank<br>C/O Recovery Management Systems Corp.<br>25 SE 2nd Ave. Suite 1120<br>Miami, FL 33131-1605 | $ 3.36 |

                                         **TOTAL:**          **$12.56**

Dated:    5/16/2011                          /s/ Frederick J. Dery
                                                           Frederick J. Dery, Trustee
                                                           803 W. Big Beaver
                                                           Suite 353
                                                           Troy, MI 48084
                                                           fdery@fredjdery.com